UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DANTON KEITH DUNCAN,

                         Plaintiff,

-against-

OFFICER MANUEL CARDOVA, OFFICER WILLIS MURRAY, OFFICER MORGAN JONES, UC 0059, AND UC 0076,

                         Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

10-cv-8089 (GBD) (DCF)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| Michael L. Akavan<br>*Attorney for Plaintiff*<br>125 Broad Street<br>New York, NY 10004<br>(212) 558-1630<br><br>By: _/s/ Michael L. Akavan_ (5/18/2015)<br>Michael L. Akavan<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Cardova, Murray,*<br>  *Jones, UC 0059, and UC 0076*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _/s/ Liza J. Sohn_<br>Liza J. Sohn<br>*Assistant Corporation Counsel* |

SO ORDERED:

_/s/ George B. Daniels_
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
Dated: MAY 26 2015 , 2015

2